Rudolph JONES, Jr., et al.,
Plaintiffs–Appellants,

v.

CITY OF LAKELAND, TENNESSEE,
A Tennessee Municipal Corporation,
Defendant–Appellee.

No. 97–5917.

United States Court of Appeals,
Sixth Circuit.

July 29, 1999.

Before: MARTIN, Chief Judge;
MERRITT, NELSON, RYAN, BOGGS,
NORRIS, SUHRHEINRICH, SILER,
BATCHELDER, DAUGHTREY,
MOORE, COLE, CLAY, and GILMAN,
Circuit Judges.

ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED,** that the previous decision and judgment of this court are vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further **ORDERED** that the appellants file a supplemental brief not later than Friday, September 3, 1999, and the appellee file a supplemental brief not later than Monday, October 4, 1999. Reargument is tentatively scheduled for Wednesday, December 8, 1999.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Johnny E. GATEWOOD, Defendant–
Appellant.

No. 98–5138.

United States Court of Appeals,
Sixth Circuit.

Oct. 28, 1999.

Before: MARTIN, Chief Judge;
MERRITT, RYAN, BOGGS, NORRIS,
SUHRHEINRICH, SILER,
BATCHELDER, DAUGHTREY,
MOORE, COLE, CLAY, and GILMAN,
Circuit Judges.

ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED,** that the previous decision and judgment of this court are vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further **ORDERED** that the appellant file a supplemental brief not later than Monday, December 20, 1999, and the appellee file a supplemental brief not later than Monday, February 7, 2000.

The Clerk will schedule this case for argument as directed by the court.